## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>Plaintiff,<br><br>v.<br><br>LACROIX BEVERAGES INC.,<br><br>Defendant. | Case No. 1:21-cv-0194 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald C. Kolesar and Defendant LaCroix Beverages, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate that the above-captioned member case shall be dismissed with prejudice. Each party to bear its own fees, costs and expenses.

Dated: April 16 , 2022

By: /s/ Nicholas A. Colella
**LYNCH CARPENTER, LLP**
*Counsel for Plaintiff Ronald C. Kolesar*
Nicholas A. Colella, Esq.
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile: 412.231.0246
Email: nickc@lcllp.com

Respectfully submitted,

By: _____
**K&L GATES LLP**
*Counsel for Defendant LaCroix Beverages, Inc.*
Carol C. Lumpkin, Esq.
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone:   305.539.3300
Facsimile:   305.358.7095
Email: carol.lumpkin@klgates.com

### CERTIFICATE OF SERVICE

I certify that, on___April 16___, 2022, I filed a copy of the foregoing document on the Court's ECF system, such that all counsel of record should receive service electronically.

/s/ Nicholas A. Colella
_____
Nicholas A. Colella, Esq.

It is so ordered.

_____
United States District Judge